IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LORENZ,<br><br>        Plaintiff,<br><br>   v.<br><br>GMAC MORTGAGE formerly doing business as National City Mortgage Co.; QUALITY LOAN SERVICE CORP.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No. C 14-00348 SI<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

On January 30, 2014, defendant PNC Bank, N.A. as successor by merger to National City Mortgage (erroneously sued as "GMAC Mortgage formerly doing business as National City Mortgage Co.") filed a motion to dismiss plaintiff's complaint with prejudice for failure to state a claim. Plaintiff's opposition was due February 20, 2014. Plaintiff did not file an opposition, nor has plaintiff taken any action in this case since it was removed to this Court.

**Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing no later than March 14, 2014 why this case should not be dismissed without prejudice for failure to prosecute.** *See* Fed. R. Civ. P. 41(b). The March 21, 2014 hearing on defendant's motion to dismiss and motion to strike is VACATED.

**IT IS SO ORDERED.**

Dated: February 3/3 , 2014

_____
SUSAN ILLSTON
United States District Judge

*(left margin)* United States District Court
For the Northern District of California