IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LORENZ,<br><br>       Plaintiff,<br><br>   v.<br><br>GMAC MORTGAGE formerly doing business as National City Mortgage Co.; QUALITY LOAN SERVICE CORP.; and DOES 1 through 50, inclusive,<br><br>       Defendants. | No. C 14-00348 SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

In an order filed March 3, 2014, the Court ordered plaintiff to show cause in writing no later than March 14, 2014 why this case should not be dismissed without prejudice for failure to prosecute. Docket No. 22. Plaintiff has not responded to the Court's order nor has plaintiff taken any action in this case since it was removed to this Court.

Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). All pending motions are DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: March 21, 2014

SUSAN ILLSTON
United States District Judge