IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LORENZ,<br><br>        Plaintiff,<br><br>    v.<br><br>GMAC MORTGAGE formerly doing business as National City Mortgage Co.; QUALITY LOAN SERVICE CORP.; and DOES 1 through 50, inclusive,<br><br>        Defendants.                              / | No. C 14-00348 SI<br><br>**JUDGMENT** |

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: March 21, 2014

SUSAN ILLSTON
United States District Judge